# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

APR 2 1 2006

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

MELODY NICOLE WILLIAMS

       *Plaintiff,*

   v.

LYNCHBURG SOCIAL SERVICES, ET. AL.,

       *Defendants.*

CIVIL ACTION 6:06-CV-00012

ORDER AND OPINION

JUDGE NORMAN K. MOON

   Pursuant to 28 U.S.C. § 1915(e)(2)(B), a court may order the *sua sponte* dismissal of *in forma pauperis* cases for failure to state a claim before the action is served upon the defendant. The statute authorizes courts to order such a dismissal if the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."

   Pursuant to this statute, Plaintiff's claim is hereby DISMISSED WITHOUT PREJUDICE. Even construing her complaint broadly, it is unclear whether she has stated any claim for relief. Under Federal Rule of Civil Procedure 8(a), a complaint must contain at least a short, plain statement of the claim showing that the pleader is entitled to relief. Here, Plaintiff does no more than state that her legal and civil rights were denied. She does not state which rights she means, who denied them, or how that denial came about. Her complaint therefore fails to state a claim on which relief can be granted, and is hereby dismissed without prejudice.

It is so ORDERED.

The Clerk of the Court is directed to send a copy of this Order to the plaintiff.


ENTERED: _____

U.S. District Judge

_____

Date